No. 98–1701. UNITED STATES v. LOCKE, GOVERNOR OF WASHINGTON, ET AL.; and
No. 98–1706. INTERNATIONAL ASSOCIATION OF INDEPENDENT TANKER OWNERS (INTERTANKO) v. LOCKE, GOVERNOR OF WASH-

INGTON, ET AL. C. A. 9th Cir. [Certiorari granted, 527 U. S. 1063.] Motion of Counties of Pierce, Mason, and Skagit to join brief *amici curiae* of Washington Counties of San Juan et al. denied.